```
KILPATRICK TOWNSEND & STOCKTON LLP
SUSAN W. PANGBORN (State Bar No. 282533)
spangborn@kilpatricktownsend.com
KENDRA C. CHAPMAN (State Bar No. 294030)
KChapman@kilpatricktownsend.com
KAYLA M. FREDERICKSON (State Bar No. 347537)
KFrederickson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone: 415 576 0200
Facsimile: 415 576 0300

Attorneys for Defendants
IQVIA HOLDINGS INC. and
Q SQUARED SOLUTIONS LLC
```

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA WRIGHT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Q SQUARED LABORATORY SOLUTIONS LLC, a corporation; IQVIA HOLDINGS, INC, a corporation; TRAVIS HOAR, an individual; ABRAHAM GAYTAN, an individual; and DOES 1 THROUGH 100, inclusive,<br><br>　　　　Defendants. | Civil Action No.<br><br>**IQVIA HOLDINGS INC. AND Q SQUARED SOLUTIONS LLC'S NOTICE OF INTERESTED PARTIES**<br><br>Complaint Filed:   February 7, 2023 |

Pursuant to Civil Local Rule 7.1-1, the undersigned counsel of record for Defendants IQVIA Holdings Inc. and Q Squared Solutions LLC certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

　　　　1. Katrina Wright – Plaintiff.

2. IQVIA Holdings Inc. – Defendant. IQVIA Holdings Inc. is publicly traded on the New York Stock Exchange.

3. Q Squared Solutions LLC – Defendant. Q Squared Solutions LLC is wholly-owned by Q Squared Holdings, LLC, which in turn is owned by IQVIA Pharma Inc. and IQVIA RDS Inc. IQVIA RDS Inc. is a wholly owned subsidiary of IQVIA Pharma Inc., which is a wholly-owned subsidiary of IQVIA Inc., which is a wholly-owned subsidiary of IQVIA Holdings Inc.

DATED: March 20, 2023

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Susan W. Pangborn
SUSAN W. PANGBORN

Attorneys for Defendants
IQVIA HOLDINGS INC. and
Q SQUARED SOLUTIONS LLC

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to this action. My business address is Kilpatrick Townsend & Stockton LLP, Two Embarcadero Center, Suite 1900, CA 94111.

On the date set forth below, I served the foregoing document entitled **IQVIA HOLDINGS INC. AND Q SQUARED SOLUTIONS LLC'S NOTICE OF INTERESTED PARTIES** on the interested parties in this action, as follows:

| | |
|---|---|
| Adam Reisner<br>Tessa King<br>Travis Beck<br>Reisner & King LLP<br>15303 Ventura Blvd., Suite 1260<br>Sherman Oaks, CA 91403 | Tel.: 818-981-0901 |

☐ [By E-Mail] I caused said document to be sent by electronic transmission to the e-mail addresses indicated for the parties listed above.

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the foregoing document at my place of business, by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, for collection and mailing with the United States Postal Service where they would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressees.

☐ [By Hand] I directed each envelope to the parties so designated on the service list to be delivered by courier this date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on March 20, 2023, at San Francisco, California.

_/s/ Esther Cerletti_
Esther Cerletti

21677301V.1

IQVIA HOLDINGS INC. AND Q SQUARED SOLUTIONS LLC'S NOTICE OF INTERESTED PARTIES - 3 -
CASE NO.