ADAM REISNER, ESQ. (SBN 204351)
adam@reisnerlaw.com
TESSA KING, ESQ. (SBN 251408)
tessa@reisnerlaw.com
TRAVIS BECK, ESQ. (SBN 334316)
travis@reisnerlaw.com
REISNER & KING LLP
15303 Ventura Blvd, Suite 1260
Sherman Oaks, California 91403
Phone:  (818) 981-0901
Fax:     (818) 981-0902

Attorneys for Plaintiff **KATRINA WRIGHT**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>Q SQUARED LABORATORY SOLUTIONS LLC, a corporation; IQVIA HOLDINGS, INC, a corporation; TRAVIS HOAR, an individual; ABRAHAM GAYTAN, an individual; and DOES 1 THROUGH 100,<br><br>Defendants. | Case No.:  8:23-cv-00506-FWS-ADS<br><br>**SUPPLEMENTAL DECLARATION OF TRAVIS BECK, ESQ. RE DEFENDANT ABRAHAM GAYTAN IN SUPPORT OF PLAINTIFF'S FOR MOTION TO REMAND AND REQUEST FOR ATTORNEY FEES AND SANCTIONS**<br><br>Date:      May 11, 2023<br>Time:     10:00 a.m.<br>Dept.:     10D<br>Judge:    Hon. Fred W. Slaughter |

1

SUPPLEMENTAL DECLARATION OF TRAVIS BECK, ESQ. RE DEFENDANT
ABRAHAM GAYTAN IN SUPPORT OF PLAINTIFF'S FOR MOTION TO REMAND
AND REQUEST FOR ATTORNEY FEES AND SANCTIONS

I, Travis Beck, hereby declare:

1.      I am an associate attorney at the law offices of Reisner and King LLP, counsel of record for Plaintiff, Katrina Wright, in the above-entitled action. I am admitted to practice before this Court. I have personal knowledge of all matters set forth herein. If called as a witness to testify to these matters, I could and would testify competently to these matters.

2.      On May 9, 2023, I received notice from the Honorable Court that Plaintiff's Motion for Remand was taken under submission and the hearing vacated.

3.      In my declaration attached to Plaintiff's Reply, I noted that Plaintiff anticipated Individual Defendant Abraham Gaytan would be served in advance of the hearing for remand on May 11, 2023. This information is vital for the status of diversity jurisdiction in the present matter, and I would have informed the Court and opposing counsel during the hearing.

4.      I can confirm that after diligent efforts were taken, Defendant Gaytan was properly served on May 8, 2023, by substitute service. Attached as **Exhibit D** is a true and correct copy of the proof of service for Defendant Gaytan.

I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.

DATED: May 9, 2023                          **REISNER & KING LLP**

By: _____/s/ Travis Beck_____
TRAVIS BECK, ESQ.
Attorney For Plaintiff
KATRINA WRIGHT

2

**SUPPLEMENTAL DECLARATION OF TRAVIS BECK, ESQ. RE DEFENDANT ABRAHAM GAYTAN IN SUPPORT OF PLAINTIFF'S FOR MOTION TO REMAND AND REQUEST FOR ATTORNEY FEES AND SANCTIONS**

# EXHIBIT D

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| **Adam Reisner SBN 204351**<br>**REISNER & KING LLP**<br>**15303 Ventura Blvd., Suite 1260**<br>**Sherman Oaks, CA 91403**<br><br>TELEPHONE NO.:    **(818) 981-0901**        FAX NO. *(Optional):*<br><br>E-MAIL ADDRESS *(Optional):* **adam@reisnerlaw.com**<br>ATTORNEY FOR *(Name):*      **Plaintiff** | |

| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE - CENTRAL**<br>  STREET ADDRESS: 700 Civic Center Drive West<br>  MAILING ADDRESS: 700 Civic Center Drive West<br>  CITY AND ZIP CODE: Santa Ana, CA 92701<br>  BRANCH NAME: SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE -<br>                         CENTRAL |
|---|

| PLAINTIFF/PETITIONER: Katrina Wright<br><br>DEFENDANT/RESPONDENT: Q Squared Laboratory Solutions LLC., a corporation | CASE NUMBER:<br>30-2023-01306366-CU-WT-CJC |
|---|---|

| **PROOF OF SERVICE SUMMONS** | Ref. No. or File No.:<br>Wright v. Q Squared |
|---|---|

(Separate proof of service is required for each party served.)

1.    At the time of service I was at least 18 years of age and not a party to this action.                                            BY FAX

2.    I served copies of: **Summons, Civil Case Cover Sheet, Complaint, ADR Information Package, Notice of Hearing**

3.    a.  Party served *(specify name of party as shown on documents served):* **ABRAHAM GAYTAN, an individual**

       b.  ☐   Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person
                   under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4.    Address where the party was served: ***33608 Ortega Hwy., Bldg. B San Juan Capistrano, CA 92675***

5.    I served the party *(check proper box)*
       a.  ☐   **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive
                   service of process for the party (1) on: (2) at:
       b.  ☒   **by substituted service.** On: **5/8/2023** at: **02:12 PM** I left the documents listed in item 2 with or in the presence of
                   *(name and title or relationship to person indicated in item 3):*
                   **John Doe (Gender: M Age: 43 Height: 5'8 Weight: 190 Race: Hispanic Hair: Bald Other: Glasses)**
                   **Security Supervisor**

              (1)  ☒    **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
                             of the person to be served. I informed him or her of the general nature of the papers.
              (2)  ☐    **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
                             place of abode of the party. I informed him or her of the general nature of the papers.
              (3)  ☐    **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual
                             mailing address of the person to be served, other than a United States Postal Service post office box. I
                             informed him or her of the general nature of the papers.
              (4)  ☐    I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at
                             the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents:
                             *on:*                 *from:*                      **or** ☒ a declaration of mailing is attached.

Page 1 of 3

**Invoice # 7501763**

| PLAINTIFF/PETITIONER: Katrina Wright | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Q Squared Laboratory Solutions LLC., a corporation | 30-2023-01306366-CU-WT-CJC |

(5) ☒ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

5.  c.  ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on:                            (2) from:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (*Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d.  ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
  a.  ☒ as an individual defendant.
  b.  ☐ as the person sued under the fictitious name of *(specify):*
  c.  ☐ as occupant.
  d.  ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)         ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                    ☐ other:

7.  **Person who served papers**
  a.  Name: **Miguel Gonzalez**
  b.  Address: **2149 W. Roberta Ave, Fullerton, CA 92833**
  c.  Telephone number: **909-664-9577**
  d.  **The fee** for service was: **$121.50**
  e.  I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ a registered California process server:
      (i) ☐ owner    ☐ employee    ☒ independent contractor.
      (ii) Registration No.: **5089**
      (iii) County: **Orange**

| PLAINTIFF/PETITIONER: | Katrina Wright | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Q Squared Laboratory Solutions LLC., a corporation | 30-2023-01306366-CU-WT-CJC |

8.    [x]   **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



**Miguel Gonzalez**        Date: **05/09/2023**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Adam Reisner SBN 204351**<br>**REISNER & KING LLP**<br>**15303 Ventura Blvd., Suite 1260**<br>**Sherman Oaks, CA 91403**<br>ATTORNEY FOR   **Plaintiff** | **(818) 981-0901** | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE - CENTRAL<br>700 Civic Center Drive West<br>Santa Ana, CA 92701 | |
|---|---|

| SHORT TITLE OF CASE:<br>Katrina Wright vs. Q Squared Laboratory Solutions LLC. | |
|---|---|

| DATE:          TIME:          DEP./DIV. | CASE NUMBER:<br>30-2023-01306366-CU-WT-CJC |
|---|---|

| **Declaration of Reasonable Diligence** | Ref. No. or File No:<br>Wright v. Q Squared |
|---|---|

**BY FAX**

Person to Serve: **ABRAHAM GAYTAN, an individual**

Documents
Received:            **Summons, Civil Case Cover Sheet, Complaint, ADR Information Package, Notice of Hearing**

I declare the following attempts were made to effect personal service, no other residence or business address is known to me:

| **May 04**<br>**2023** | **04:45 PM** | 33608 Ortega Hwy. Bldg. B, San Juan Capistrano, CA 92675; There is no answer at business address. Spoke to security, said no one from company available today. Said to come back Monday. |
|---|---|---|
| **May 08**<br>**2023** | **02:12 PM** | 33608 Ortega Hwy. Bldg. B, San Juan Capistrano, CA 92675; Sub-Served on person apparently in charge. Spoke to security at gate, said she has to call her supervisor down. Supervisor came to the gate, said he did not recognize subject's name and cannot accept service. Told him I had to leave the documents and I placed the documents by security booth. Supervisor shoved the documents back through my window as I was backing out. I tossed the documents back towards him and announced service. |

Person attempting service:

  a. Name: **Miguel Gonzalez**
  b. Address: **2149 W. Roberta Ave, Fullerton, CA 92833**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **121.50**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



**Miguel Gonzalez**                                    Date: **05/09/2023**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Adam Reisner SBN 204351**<br>**REISNER & KING LLP**<br>**15303 Ventura Blvd., Suite 1260**<br>**Sherman Oaks, CA 91403**<br>ATTORNEY FOR   **Plaintiff** | **(818) 981-0901** | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE - CENTRAL<br>700 Civic Center Drive West<br>Santa Ana, CA 92701 | |
|---|---|

| SHORT TITLE OF CASE:<br>Katrina Wright vs. Q Squared Laboratory Solutions LLC. | |
|---|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>30-2023-01306366-CU-WT-CJC |
|---|---|---|---|

| **Proof of Service by Mail** | Ref. No. or File No:<br>Wright v. Q Squared |
|---|---|

**BY FAX**

I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

On **05/08/2023** after substituted service under section C.C.P. 415.20(a), 415.20(b), or 415.95(a) was made, I served the within:

*Summons, Civil Case Cover Sheet, Complaint, ADR Information Package, Notice of Hearing*

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail At: **Chino Hills**, California, addressed as follows:
**ABRAHAM GAYTAN, an individual**
**33608 Ortega Hwy., Bldg. B  San Juan Capistrano, CA 92675**

Person attempting service:

  a. Name: **Patricia Gonzalez**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **121.50**
  e. I am:
  (3) [X] a registered California process server:
      (i) [X] **Employee**
      (ii) Registration No.: **1086**
      (iii) County: **San Bernardino**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



_____    _____
    **Patricia Gonzalez**                Date: **05/09/2023**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

      I am employed in the county of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address is 15303 Ventura Blvd., Suite 1260, Sherman Oaks, CA 91403.

On **May 9, 2023**, I served true copies of the following document (s) described as: **SUPPLEMENTAL DECLARATION OF TRAVIS BECK, ESQ. RE DEFENDANT ABRAHAM GAYTAN IN SUPPORT OF PLAINTIFF'S FOR MOTION TO REMAND AND REQUEST FOR ATTORNEY FEES AND SANCTIONS** on the interested parties in this action to:

Susan W. Pangborn, Esq.
Kendra C. Chapman, Esq.
Kayla M. Frederickson, Esq.
Kilpatrick Townsend & Stockton LLP
2 Embarcadero Ctr., Ste. 1900
San Francisco, CA 94111
T: (415)-576-0200
F: (415)-576-0300
spangborn@kilpatricktownsend.com
KChapman@kilpatricktownsend.com
KFrederickson@kilpatricktownsend.com
*Attorneys for Defendants Q Squared Laboratory Solutions LLC
and IQVIA Holdings, Inc.*

_____ **BY MAIL**: I enclosed the document(s) in a sealed envelope/package addressed to the addressee(s) designated and placed it for mailing, following our ordinary business practices. I am readily familiar with the mailing practice of my place of employment in respect to the collection and processing of correspondence and pleadings for mailing.  It is deposited with the United States Postal Service on that same day in the ordinary course of business with postage fully prepaid.

_____ **BY HAND DELIVERY:**  On the above date, I delivered such envelope(s) by hand to the addressee (s).

_____ **BY FEDERAL EXPRESS/OVERNIGHT:** I caused such envelope(s) to be delivered via Federal Express Overnight to the addressee(s) designated.

\_\_X\_\_ **BY EMAIL:** by electronic mail transmission to the email address(es) listed.

# PROOF OF SERVICE

_____ **BY FACSIMILE TRANSMISSION**: From fax number (818) 981-0902 to the fax number(s) listed and/or on the attached service list. The facsimile machine I used complied with Rule 2008 and no Error was reported when processed.

**(STATE)** I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**(FEDERAL)** I declare under the penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

_X___

Executed on **May 9, 2023**, at Sherman Oaks, California.

Peter Fuster